

ATTORNEYS AT LAW
NIXONPEABODY.COM
@NIXONPEABODYLLP

**Constance M. Boland**
*Partner*
T 212-940-3122
cboland@nixonpeabody.com

Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022-7039
212-940-3000

July 17, 2015

<u>**VIA ECF AND HAND DELIVERY**</u>

Honorable Debra Freeman
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE: **Fisher v. Tice, 15 Civ. 955 (LAK) (DCF)**

Dear Judge Freeman:

  We represent Defendant Cynthia Tice in the above action, and we write in response to Plaintiffs' letter filed on July 14, 2015 (Dkt. No. 13) and to provide an update regarding the Court's order to meet and confer.

  First, counsel for all parties conferred via telephone on July 16, 2015 at 11:30am.  We understand that counsel for Plaintiffs maintain their position as stated in the letter and are considering filing a motion to quash.  We would oppose any motion to quash.

  We also write to clarify certain issues raised by Plaintiffs' counsel in their letter motion.

  First, we complied with Rule 45 when issuing and serving our subpoenas.  Notice was given to Plaintiffs' counsel prior to the service of the subpoenas.  The subpoenas are narrowly tailored to reduce the burden on the subpoenaed third parties, and they seek the production of documents that are relevant to our defense in this action. We will articulate those grounds should Plaintiffs move to quash the subpoenas.

  Second, the letter motion failed to note that counsel for Defendant remained willing to meet and confer promptly at a mutually agreeable time.  In two separate emails, annexed hereto as Exhibit A, we asked counsel for Plaintiffs' to provide us with their availability to meet and confer.  While Ms. Scileppi did contact me by phone, it was to continue to press her objections and renew her request for us to hold off service.  At no point after our email communications did Ms. Scileppi provide us with her availability to meet and confer.  Indeed, she instead filed the instant letter motion.

Honorable Debra Freeman
July 17, 2015
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Respectfully submitted,

Constance M. Boland

cc:   Laura Scileppi, Esq. (via ECF and Email)
      William Dunnegan, Esq. (via ECF and Email)